SUMMIT DEFENSE
A Professional Law Corporation
JAMES T. REILLY, Attorney at Law
California State Bar No. 67254
102 Washington Avenue
Point Richmond CA 94801

Phone:  510-412-8900
Cell:   415-913-0787
email:  jim@summitdefense.com

Attorneys for Defendant CRISNAN MAPOTE

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. CR 09-726-MMC |
| **Plaintiff,** | [~~Proposed~~] ORDER PERMITTING FILING OF DEFENDANT'S SENTENCING MEMORANDUM |
| vs. | |
| **CRISNAN MAPOTE,** | UNDER SEAL |
| **Defendant.** | |

Defendant CRISNAN MAPOTE's Administrative Motion to File Under Seal his Defendant's Sentencing Memorandum is hereby GRANTED.

IT IS SO ORDERED.

Date: January 28, 2011      _____
                            THE HONORABLE MAXINE M. CHESNEY
                            UNITED STATES DISTRICT JUDGE

**Summit Mapote Proposed Order Permitting Filing of Defendant's Sentencing Memorandum Under Seal 110126**